IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *    CR 106-108 |
| NATHAN JONES | * |

O R D E R

On April 30, 2007, a Judgment was entered listing SunTrust Bank as a victim in this case. Monies were deposited by Defendant Nathan Jones to the Court's Deposit Fund (6855XX). Checks were sent to the victim but were returned by the U.S. Postal Service as "undeliverable" and/or were cancelled by Treasury because they were not negotiated within one year. These monies have been moved to Unclaimed Fund (613300) as per the Judicial Guidelines.

On March 1, 2024, Ms. Elizabeth Cox, Default Senior Operations Analyst for Truist Bank, contacted the Court, seeking the release of the unclaimed funds held by the Court. Ms. Cox has provided the attached proof of ownership of Suntrust Bank by Truist. Upon due consideration, **IT IS ORDERED** that the Clerk of Court release the unclaimed funds in the amount of $100.00 plus any accrued interest to: SunTrust Bank, Attn: Restitution Coordinator, 1001 Semmes Ave., Richmond, VA 23224.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE